COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
BRETT DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
RYAN E. BLAIR (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendants
JOHN A. SCARLETT, DANIEL M. RADBURY,
KARIN EASTHAM, V. BRYAN LAWLIS, HOYOUNG HUH,
SUSAN M. MOLINEAUX, ROBERT J. SPIEGEL, and
Nominal Defendant GERON CORPORATION

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DILAURA derivatively on behalf of GERON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. SCARLETT, DANIEL M. BRADBURY, KARIN EASTHAM, V. BRYAN LAWLIS, HOYOUNG HUH, SUSAN M. MOLINEAUX, ROBERT J. SPIEGEL,<br><br>Defendants,<br><br>– and –<br><br>GERON CORPORATION,<br><br>Nominal Defendant. | Case No.  4:15-cv-02989-CRB<br><br>Consolidated with *Haddock v. Scarlett, et al.* Case No. 3:15-cv-03007<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. AND ORDER DISMISSING ENTIRE ACTION
WITH PREJUDICE
CASE NO.  4:15-CV-02989-CRB

Plaintiffs Richard DiLaura and Adrianne Haddock ("Plaintiffs"), defendants John A. Scarlett, Daniel M. Radbury, Karin Eastham, V. Bryan Lawlis, Hoyoung Huh, Susan M. Molineaux, and Robert J. Spiegel (the "Individual Defendants"), and nominal defendant Geron Corporation ("Geron" or the "Company," and together with the Individual Defendants and Plaintiffs, the "Parties"), by and through their respective counsel, move as follows:

WHEREAS, on June 26, 2015, Mr. DiLaura filed a derivative complaint, captioned *DiLaura v. Scarlett, et al.*, N.D. Cal. Case No. 3:15-cv-02989-DMR (the "*DiLaura* Action"), for breach of fiduciary duty and unjust enrichment, asserting claims derivatively on behalf of Geron against the Individual Defendants;

WHEREAS, on June 29, 2015, Ms. Haddock filed a derivative complaint, captioned *Haddock v. Scarlett, et al.*, N.D. Cal. Case No. 3:15-cv-03007-JCS (the "*Haddock* Action"), asserting claims identical to those in the *DiLaura* Action derivatively on behalf of Geron against the Individual Defendants;

WHEREAS, on August 11, 2015, the *DiLaura* Action and the *Haddock* Action were reassigned to this Court;

WHEREAS, on August 13, 2015, the *Dilaura* Action and the *Haddock* Action (together, the "Actions"), were consolidated (the "Federal Derivative Action");

WHEREAS, on April 21, 2014, the first of two related derivative lawsuits that are factually similar to this Federal Derivative Action was filed in the Superior Court of the State of California, County of San Mateo ("State Court") under the caption *Oriente v. Scarlett, et al.*, Sup. Ct. Case No. CIV528121, before the Honorable Marie S. Weiner;

WHEREAS, on September 25, 2015, Judge Weiner consolidated the State Court derivative actions for all purposes (the "State Derivative Action" and, together with the Federal Derivative Action, the "Actions").

WHEREAS, on April 25, 2016, the parties participated in a full day mediation session with Michelle Yoshida, a full-time mediator, arbitrator, and special master with Phillips ADR, in Corona Del Mar, California in an attempt to resolve the Actions;

WHEREAS, during the April 25, 2016 mediation, the parties reached an agreement in

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP AND ORDER DISMISSING ENTIRE ACTION
WITH PREJUDICE
CASE NO. 4:15-CV-02989-CRB

1  principle to resolve the Actions;

2       WHEREAS, on July 22, 2016, the parties to the Actions entered into a Stipulation of

3  Settlement to resolve the Actions;

4       WHEREAS, on August 19, 2016, Judge Weiner entered a Preliminary Approval Order

5  preliminarily approving the settlement of the Actions in accordance with the terms and conditions

6  of the Stipulation;

7       WHEREAS, Geron in accordance with the Preliminary Approval Order and the terms and

8  conditions of the Stipulation, provided notice to Geron stockholders of the pending settlement of

9  the Actions and the hearing on the motion for final approval of the settlement (the "Final

10  Approval Hearing");

11      WHEREAS, on November 18, 2016, Judge Weiner held the Final Approval Hearing

12  concerning the settlement of the Actions and the Stipulation;

13      WHEREAS, no Geron stockholders objected to the proposed settlement of the Actions at

14  the Final Approval Hearing;

15      WHEREAS, on November 18, 2016, following the Final Approval Hearing, Judge Weiner

16  approved the settlement and issued a Judgement and Order Granting Approval of Derivative

17  Settlement which, *inter alia*, dismissed the State Derivative Action with prejudice (a copy of the

18  Judgement and Order Granting Approval of Derivative Settlement is attached hereto as Exhibit

19  A); and

20      WHEREAS, in accordance with the terms and conditions of the Stipulation, the parties

21  jointly seek an order dismissing the above-captioned Federal Derivative Action with prejudice.

22      NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties,

23  through their respective counsel of record, that:

24      1.    The above-captioned Federal Derivative Action is dismissed in its entirety and

25  with prejudice;

26      2.    Further notice of the settlement and this dismissal is not required; and

27      3.    Each party shall bear his/her/its own costs and fees.

28      IT IS SO STIPULATED.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIP AND ORDER DISMISSING ENTIRE ACTION
WITH PREJUDICE
CASE NO. 4:15-CV-02989-CRB

1

2   Dated: November 23, 2016

3

4

5

6

7

8

9

10   Dated: November 23, 2016

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Dated: _12/6/2016_____

25

26

27

28

COOLEY LLP
JOHN C. DWYER (136533)
RYAN E. BLAIR (246724)
BRETT H. DE JARNETTE (292919)


_/s/ Ryan E. Blair_
Ryan E. Blair (246724)

Attorneys for Defendants JOHN A. SCARLETT,
DANIEL M. RADBURY, KARIN EASTHAM,
V. BRYAN LAWLIS, HOYOUNG HUH,
SUSAN M. MOLINEAUX, ROBERT J.
SPIEGEL, and Nominal Defendant GERON
CORPORATION
SPARER LAW GROUP
ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
100 Pine Street, 33rd Floor
San Francisco, California 94111-5128
Telephone:    (415) 217-7300
Facsimile:    (415) 217-7307
Email:        asparer@sparerlaw.com
              mhaber@sparerlaw.com

THE SHUMAN LAW FIRM
KIP B. SHUMAN (No. 145842)
885 Arapahoe Avenue
Boulder, CO 80302
Telephone:    (303) 861-3003
Facsimile:    (303) 484-4886
Email:        kip@shumanlawfirm.com


_/s/ Kip B. Shuman_
Kip B. Shuman (145842)

Attorneys for Plaintiffs RICHARD DILAURA and
ADRIANNE HADDOCK

**IT IS SO ORDERED.**

Honorable Charles R. Breyer
United States District Court Judge

4.

STIP AND ORDER DISMISSING ENTIRE ACTION
WITH PREJUDICE
CASE NO. 4:15-CV-02989-CRB